EX. A

Tim and Tasha Levert
7860 Lazy Oak Circle
Denham Springs, LA 70726
tlevert@gmail.com
tashalevert@gmail.com
504-265-2882 (Tim)
504-265-3125 (Tasha)

2/5/2024

Dear Dr. Moorman:

We are writing to report a series of concerning incidents involving Professor Enrico Michael Cannella, which have greatly troubled our daughter, Ashton Levert, a student at Louisiana Christian University. These incidents involve behaviors that we believe constitute sexual harassment and exploitation, and we are urging the Title IX office to investigate thoroughly and take appropriate action.

Below is a detailed account of the incidents:

1. Grooming Behaviors:
    a. Inappropriate Texts: Professor Cannella sent an excessive number of texts to Ashton, many of which were inappropriate. Among these were late-night messages, some delving into personal topics such as apologies for being unprofessional and discussions about mental health, which were entirely unrelated to academic matters. Furthermore, the content of these messages often veered outside of the professor/student relationship, including the use of profanity, complaints about his fiancée, grievances about Professor Wittkopp, and even gossip about Ashton's peers. This pattern of communication not only breached professional boundaries but also contributed to an environment of discomfort and unease for Ashton.
    b. Sexualized Language: He used language that was sexually suggestive and made Ashton feel uncomfortable, including discussing her appearance and using terms like "baby," "darling," and "honey."
    c. Unprofessional Conduct: Professor Cannella made inappropriate jokes during class and private lessons, creating an unsafe environment for Ashton and other students.
    d. Physical Boundary Violation: He placed his hand under Ashton's breasts during voice lessons under the guise of a breathing exercise, which made her feel violated and uncomfortable.

2. Fear of Retaliation:
    a. Ashton expressed fear of retaliation if she stood up for herself or refused Professor Cannella's advances, as he had a history of mistreating students who displeased him.

      b. She felt pressured to comply with his requests and tolerate his behavior to avoid jeopardizing her academic opportunities.

3. Examples of Specific Incidents:
   a. During a class session attended by Ashton and her peers, Professor Cannella made a grossly inappropriate and sexually suggestive comment about Ashton's preferences, stating, "We all know that Ashton wants a man that's good with his hands." This remark, made in a public setting, caused Ashton profound distress and embarrassment. She expressed feeling an overwhelming sense of shame in front of her classmates and a heightened sense of vulnerability in an environment where some of the male students were already displaying sexually aggressive behavior. Ashton confided that the comment made her feel "gross," as if her classmates now viewed her in a derogatory and objectified manner. She described feeling as though she had a target on her back, fearing that every male student in the class was now viewing her through a sexual lens. This incident not only violated Ashton's dignity but also contributed to a sexually aggresive and unsafe learning environment.
   b. During voice lessons, Professor Cannella would place his hand under Ashton's breasts, ostensibly as part of a breathing exercise. While he would ask for consent, Ashton felt unable to refuse due to the power dynamic between them. As a 19-year-old woman alone in a room with a professor who held significant authority, Ashton experienced profound discomfort and violation. This manipulation of trust and exploitation of power created an environment where she felt unsafe and powerless to assert her boundaries.

4. The Impact of Mishandled Title IX Assemblies: We are deeply troubled by the school's handling of the Title IX assemblies last semester. While the administration organized these assemblies to address harassment and assault, their execution left much to be desired. Rather than fostering a climate of empathy and understanding, the assemblies came across as obligatory and insincere. It appears the school was attempting to adopt a "hip and cool" approach, which unfortunately trivialized the severity of the issue. For women (and men) who have experienced the trauma of harassment and assault, this approach was deeply hurtful and invalidating. Although the school issued an apology for the inadequate assembly the following day, the damage had already been done. This failure to treat the matter with the seriousness it warrants has raised serious concerns about our daughter's overall safety at the school. Ashton perceived the school's approach as dismissive, leaving her with the impression that the institution did not take the matter seriously, saying to us, "My school thinks this is all a joke." Consequently, this too has contributed to her decision to withdraw from the institution.

Our family is hurting, and we are concerned about the impact of Professor Cannella's actions on our daughter's well-being and academic experience. No student should have to endure harassment and exploitation from a faculty member.

We respectfully request that the Title IX office launch a thorough investigation into these serious allegations and take appropriate disciplinary measures against Professor Cannella to ensure the

safety and well-being of current and future students. We are fully prepared to provide any evidence, including text messages, that may aid in the investigation.

We urge for all communication regarding this matter to be treated with confidentiality. Our primary concern is Ashton's well-being, and we aim to shield her from any further distress or trauma. With this in mind, we would appreciate all communication be directed through us, her parents, to ensure that Ashton is not subjected to additional interviews or scrutiny.

Furthermore, we implore the university to handle future assemblies with the respect and seriousness that the issue of harassment and assault demands, fostering an environment of empathy, understanding, and genuine support for all students.

Thank you for your attention to this matter. We trust you will handle it with the seriousness and sensitivity it deserves.

Sincerely,
Tim and Tasha Levert

EX B

To Ms. Ashton Levert,


I would like to begin with a sincere apology for any offense or grief I have caused you throughout your time at LCU. I am now fully aware that I have broken trust by overlooking the social boundaries that exist between professor and student. The instances which have been brought to my attention have offered me the opportunity for reflection and prayer to continue to improve myself. Thank you for the talents you have offered us, and I wish you the best in your next endeavors.


God Bless,

Enrico Cannella

To the parents of Ms. Ashton Levert,

For any grief, anxiety, or offense I have caused Ashton I sincerely apologize. I am now fully aware that I have broken trust by overlooking the social boundaries that exist between professor and student. LCU is a fabulous institution that upholds itself to high standards, and it is a privilege to work here. I have full respect for my colleagues and the work and efforts they put forth. Thank you for pointing out how I can serve this school and my colleagues better.

God Bless,

Enrico Cannella

EX. C

 Gmail

**Ashton Levert <ashton.levert@gmail.com>**

---

## Following Up

---

**Ashton Levert** <ashton.levert@gmail.com>                                            Thu, Feb 22 at 6:50 AM
To: juanita.moorman@lcuniversity.edu <juanita.moorman@lcuniversity.edu>

Dr. Moorman,

I appreciate your communication over these past few days, and I apologize for my delay in responding. It has taken considerable time to gather my thoughts and articulate my feelings regarding our conversation yesterday.

Before delving into the main points, I want to clarify that my sentiments are not directed at you personally. I understand that you are following established procedures. However, I cannot overlook the profound hurt and discouragement I feel as a result of this process.

Hearing that Michael remains employed was deeply distressing. Being unable to feel safe on campus forced me to return home, where I am currently fighting to maintain my TOPS status. Meanwhile, Micheal still has a job? While I acknowledge the limitations regarding termination during the semester, I implore LCU to consider imposing disciplinary measures such as suspension or probation. Michael's actions cannot go unchecked.

I am partly reassured knowing the school's safety grant purchased more cameras and recording devices, though, it is difficult to accept that Michael has essentially been given a free pass. Allowing him to continue teaching feels like a betrayal and diminishes the severity of my experience.

I am home, wrestling DAILY with the aftermath of Micheal's actions. I pray tirelessly for healing and the restoration of some semblance of normalcy in my life. Micheal took that from me. Micheal ruined my college experience. Please see why it is hurtful for LCU to refuse immediate termination.

I attached the audio I mentioned in yesterdays call. This recording acts as evidence of Micheal crossing physical boundaries.

This recording shows Micheal as he asks me to place my hand on my diaphragm, where he then pushes his fist into my hand, and up into my breasts. Micheal then tells me to breathe into my fist as he pushes it against me. He then has me do it back to him.

FEB 11.jpg                                                                                          12/6/24, 3:22 PM

EX. D

## Loan  Inbox  ☆



**a**  ashton levert  Feb 11  😊  ↩  ⋯
to financial_aid ⌄

Good morning,

I apologize for the number of emails I have sent these past few weeks.

I sent some to the business office and we'll as financial aid under my LCU email regarding my withdrawal from the semester, specifically getting my loan back.

I realized today that my LCU email has been deactivated due to withdrawal, so I am unable to see any responses sent there. This address is active.

I'm wondering what my next steps need to be? I took a loan out under Sallie Mae and am hoping to cancel / get a portion of it back because I am no longer attending LCU.

Again, Im so so sorry for sending so many emails. I wanna make sure there's nothing else needed from me.

God bless,
Ashton Levert (ID: 1140328)

 **Gmail**

**Ashton Levert <ashton.levert@gmail.com>**

---

## Ashton Levert Exeption Details

6 messages

---

**Ashton Levert** <ashton.levert@gmail.com>                                         Sun, Mar 24 at 2:34 PM
To: <TOPS.exeptions@la.gov>

To Whom It May Concern,

My name is Ashton Levert, and I am sending this email seeking reactivation of my TOPS award.

I attended Louisiana Christian University in the Fall of 2023, into early January of 2024. I withdrew on January 29th, 2024 unaware of the "14th class day policy." The 14th class day would have been January 30th.

Details of my withdrawal are enclosed in the attachments below. The attachments include the official TOPS exception form, as well a letter from my therapist.

I was a recipient of the TOPS performance award. I am enrolled and set to start cosmetology school on May 21, 2024.

Please let me know if there is anything else needed from me at this time. I appreciate your help in advance.

I look forward to hearing from you soon.

God Bless,
Ashton Levert

Exception-Request-Form.pdf, TLevert.pdf

---

**Ashton Levert** <ashton.levert@gmail.com>                                         Sun, Mar 24 at 2:35 PM
To: <tashalevert@gmail.com>, <tlevert@gmail.com>

[Quoted text hidden]

Exception-Request-Form.pdf, TLevert.pdf

---

**Ashton Levert** <ashton.levert@gmail.com>                                         Wed, Apr 10 at 4:16 PM
To: <TOPS.exeptions@la.gov>

Hello!

I am checking in to confirm that this has been seen.

Thank you!!

[Quoted text hidden]

---

**Ashton Levert** <ashton.levert@gmail.com>                                         Wed, May 1 at 9:46 AM
To: _LOSFA-custserv <custserv@la.gov>

[Quoted text hidden]

Exception-Request-Form.pdf, TLevert.pdf

---

**_LOSFA-custserv** <custserv@la.gov>                                               Wed, May 1 at 2:07 PM

To: Ashton Levert <ashton.levert@gmail.com>, _LOSFA-custserv <custserv@la.gov>

14:07:25 2024-05-01 – This email is being sent from LOSFA's customer service email address.

Hello Ashton,

We have received your exception application and will forward them to the appropriate division for processing.

Thank you

*CASC Intake and Assistance Officer,MDC*

**Louisiana Office of Student Financial Assistance**

*A Program of the Board of Regents*

custserv@la.gov | O. 225.219.1012

602 N. 5th St. Baton Rouge, LA 70802

mylosfa.la.gov | Facebook | Twitter | YouTube | Instagram



---

**From:** Ashton Levert <ashton.levert@gmail.com>
**Sent:** Wednesday, May 1, 2024 9:47 AM
**To:** _LOSFA-custserv <custserv@la.gov>
**Subject:** Fwd: Ashton Levert Exeption Details

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

[Quoted text hidden]

---

**Tasha Levert** <tashalevert@gmail.com>                                    Tue, Jul 30 at 8:40 AM
To: <ashton.levert@gmail.com>

**Tasha Levert, PhD, LPC**
Executive Director of Broom Tree Counseling
www.broomtreecounseling.com
www.tashalevert.com
504-265-3125



CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the sender and intended recipient(s) and may contain confidential information protected by HIPAA (Health Insurance Portability and Accountability Act of 1996, PUBLIC LAW 104-191). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by via email and destroy all copies of the original message. Please note that email is not necessarily confidential or secure. Your use of email constitutes your acknowledgment of these confidentiality and security limitations.
[Quoted text hidden]

Exception-Request-Form.pdf, TLevert.pdf



FEB 27.pdf

**Gmail**

**FERPA Waiver**
7 messages

**Ashton Levert** <ashton.levert@gmail.com>                                          Tue, Feb 27 at 9:25 PM
To: Juanita Moorman <juanita.moorman@lcuniversity.edu>, <tashalevert@gmail.com>, <tlevert@gmail.com>
Cc: <davidjefferys@lcuniversity.edu>, <rickbrewer@lcuniversity.edu>

Dr. Moorman,

Due to LCU not having a FERPA waiver, this is my statement of consent. I give my parents permission to speak on my
behalf to anyone who is willing to help me.

You can expect to hear from them shortly.

Thanks in advance,
[Quoted text hidden]

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                          Tue, Feb 27 at 9:25 PM
To: <ashton.levert@gmail.com>

Error Icon

## Message blocked

Your message to **rickbrewer@lcuniversity.edu** has been
blocked. See technical details below for more information.



## TOPS
4 messages

**Ashton Levert** <ashton.levert@gmail.com>
To: <financial_aid@lcuniversity.edu>

Mon, Feb 26 at 5:34 PM

Good Evening,

I'm Ashton Levert, a former LCU student, reaching out regarding my TOPS status.

I recently withdrew from the semester due to a Title 9 related issue, resulting in the loss of my TOPS eligibility.

Upon reviewing my Student Aid account, I noticed my TOPS award is no longer listed. I am currently pursuing enrollment in cosmetology school and need help retaining my award.

I've been in touch with Dr. Moorman to devise a plan, and was advised to contact financial aid for either guidance.

Please let me know what is needed from me.

Thanks in advance.

God bless,
[Quoted text hidden]

**Financial Aid** <financial.Aid@lcuniversity.edu>
To: Ashton Levert <ashton.levert@gmail.com>
Cc: Tevin Henton <Tevin.Henton@lcuniversity.edu>

Tue, Feb 27 at 8:15 AM

Good Morning,

Unfortunately, according to TOPS policy you must be enrolled full time by the 14th class day, your withdraw/resignation was dated 01/29/2024, the 14th class day was 01/30/2024. Due to this we are unable to help with this issue as you lost TOPS due to your TOPS being cancel... exemption with TOPS but it has to be approved for you to continue receiving your award, but as of today it has been cancelled with TOPS. You may contact TOPS ...



**Ashton Levert <ashton.levert@gmail.com>**

---

### Following Up

**Ashton Levert** <ashton.levert@gmail.com>                                              Thu, Feb 22 at 6:50 AM
To: juanita.moorman@lcuniversity.edu <juanita.moorman@lcuniversity.edu>

Dr. Moorman,

I appreciate your communication over these past few days, and I apologize for my delay in responding. It has taken considerable time to gather my thoughts and articulate my feelings regarding our conversation yesterday.

Before delving into the main points, I want to clarify that my sentiments are not directed at you personally. I understand that you are following established procedures. However, I cannot overlook the profound hurt and discouragement I feel as a result of this process.

Hearing that Michael remains employed was deeply distressing. Being unable to feel safe on campus forced me to return home, where I am currently fighting to maintain my TOPS status. Meanwhile, Micheal still has a job? While I acknowledge the limitations regarding termination during the semester, I implore LCU to consider imposing disciplinary measures such as suspension or probation. Michael's actions cannot go unchecked.

I am partly reassured knowing the school's safety grant purchased more cameras and recording devices, though, it is difficult to accept that Michael has essentially been given a free pass. Allowing him to continue teaching feels like a betrayal and diminishes the severity of my experience.

I am home, wrestling DAILY with the aftermath of Micheal's actions. I pray tirelessly for healing and the restoration of some semblance of normalcy in my life. Micheal took that from me. Micheal ruined my college experience. Please see why it is hurtful for LCU to refuse immediate termination.

I attached the audio I mentioned in yesterdays call. This recording acts as evidence of Micheal crossing physical boundaries.

This recording shows Micheal as he asks me to place my hand on my diaphragm, where he then pushes his fist into my hand, and up into my breasts. Micheal then tells me to breathe into my fist as he pushes it against me. He then has me do it back to him.

Also, as requested, attached is the email I sent to the financial aid office. I was only able to attach the one sent from this address, I cannot access my sent emails from my LCU address due to deactivation. There were 3 emails total.

Lastly, I want to confirm that you received all of the evidence sent from my parents. My dad, Tim sent screenshots of Micheal's texts to Dr. Jefferys, and my mom, Tasha, sent my statements in a few weeks ago. Let me know if I need to resend anything from my name to accommodate FERPA.

Thank you for your actions in this investigation. I look forward to hearing from you.

God Bless,

[Quoted text hidden]
IMG_4977.JPG, RPReplay_Final1708415721.mov

Also, as requested, attached is the email I sent to the financial aid office. I was only able to attach the one sent from this address, I cannot access my sent emails from my LCU address due to deactivation. There were 3 emails total.

Lastly, I want to confirm that you received all of the evidence sent from my parents. My dad, Tim sent screenshots of Micheal's texts to Dr. Jefferys, and my mom, Tasha, sent my statements in a few weeks ago. Let me know if I need to resend anything from my name to accommodate FERPA.

Thank you for your actions in this investigation. I look forward to hearing from you.

God Bless,

[Quoted text hidden]
IMG_4977.JPG, RPReplay_Final1708415721.mov

EX. F







Ex. H



Ex. I







## TOPS
4 messages

Ex. J

**Ashton Levert** <ashton.levert@gmail.com>
To: <financial_aid@lcuniversity.edu>

Mon, Feb 26 at 5:34 PM

Good Evening,

I'm Ashton Levert, a former LCU student, reaching out regarding my TOPS status.

I recently withdrew from the semester due to a Title 9 related issue, resulting in the loss of my TOPS eligibility.

Upon reviewing my Student Aid account, I noticed my TOPS award is no longer listed. I am currently pursuing enrollment in cosmetology school and need help retaining my award.

I've been in touch with Dr. Moorman to devise a plan, and was advised to contact financial aid for either guidance.

Please let me know what is needed from me.

Thanks in advance.

God bless,
[Quoted text hidden]

**Financial Aid** <financial_Aid@lcuniversity.edu>
To: Ashton Levert <ashton.levert@gmail.com>
Cc: Tevin Henton <Tevin.Henton@lcuniversity.edu>

Tue, Feb 27 at 8:15 AM

Good Morning,

Unfortunately, according to TOPS policy you must be enrolled full time by the 14th class day, your withdraw/resignation was dated 01/29/2024, the 14th class ... ...es 01/30/2024. Due to this we are unable to help with this issue as you lost TOPS due to your TOPS being cancel... ...ption with TOPS but it has to be approved for you to continue receiving your award, but as of today it has been cancelled with TOPS. You may contact TOPS ...





amelie >

Tue, Jan 30 at 10:50 AM

heard about you resigning from your classes, no one is by any means disappointed in you, just worried about you since we haven't heard from you. I love you so so much and miss you dearly ❤️❤️ praying for whatever you're dealing with right now

Tue, Jan 30 at 10:38 PM

I don't know what's going on, but did any of us do something to hurt you?? it feels like we're being shunned and we have no idea what we've done to deserve it. We're all just super confused and would like some kind of clarity.



wedding anymore than just leaving the group message. Respectfully, it's just disrespectful and selfish. Whatever is happening in your personal life is your business and you don't have to tell me, but at least give her an explanation. I'm praying for you and hope whatever is going on works out, but your FRIENDS do not deserve to be ghoasted and disrespected without some sort of explanation. I'm very disappointed, and I'm sorry if this is upsetting for you. At the end of the day, the people that care about you are being torn apart by the decisions you are making, and we would appreciate a little bit of an explanation as to what is going on.

iMessage



On Mon, Sep 9, 2024 at 2:10 PM Ashton Levert <ashton.levert@gmail.com> wrote:

---------- Forwarded message ---------
From: **Tasha Levert** <tashalevert@gmail.com>
Date: Tue, Jul 30, 2024 at 8:41 AM
Subject: Fwd: Request for Support and Respect During a Challenging Time
To: <ashton.levert@gmail.com>

**Tasha Levert, PhD, LPC**
Executive Director of Broom Tree Counseling
www.broomtreecounseling.com
www.tashalevert.com
504-265-3125



CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the sender and intended recipient(s) and may contain confidential information protected by HIPAA (Health Insurance Portability and Accountability Act of 1996, PUBLIC LAW 104-191). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by via email and destroy all copies of the original message. Please note that email is not necessarily confidential or secure. Your use of email constitutes your acknowledgment of these confidentiality and security limitations.

---------- Forwarded message ---------
From: **Tasha Levert** <tashalevert@gmail.com>
Date: Wed, Jan 31, 2024 at 9:02 AM
Subject: Re: Request for Support and Respect During a Challenging Time
To: Jacob Wittkopp <Jacob.Wittkopp@lcuniversity.edu>

Thank you. This means so much to our family.

On Wed, Jan 31, 2024 at 9:01 AM Jacob Wittkopp <Jacob.Wittkopp@lcuniversity.edu> wrote:

We are in agreement. I'll address it this morning.

JW

**Jacob H. Wittkopp**, DMA Candidate
Department of Fine Arts Coordinator
Assistant Professor of Music
Director of Choirs
Louisiana Christian University
(318) 487-7404

**From:** Tasha Levert <tashalevert@gmail.com>
**Sent:** Wednesday, January 31, 2024 8:49 AM
**To:** Jacob Wittkopp <Jacob.Wittkopp@lcuniversity.edu>
**Cc:** Timmy Levert <tlevert@gmail.com>

**Subject:** Re: Request for Support and Respect During a Challenging Time

You don't often get email from tashalevert@gmail.com. Learn why this is important

> **CYBERSECURITY WARNING: This email was sent from outside of LCUniversity.**
>
> **DO NOT** click on links, open attachments, reply or share confidential information including passwords unless you know the sender. Please report any suspicious emails to the IT Department at itdept@lcuniversity.edu.

Thank you for your prompt response. We want to assure you that we have full confidence in your leadership.

While we understand that curiosity is natural among students, demanding information and asserting entitlement to it is excessive. Our family's decision to maintain silence is motivated by a desire to safeguard Ashton, the school, and all parties involved. However, it is essential to emphasize that our utmost priority is protecting Ashton, and we insist that the harassment from students stops today. We view this as an opportunity for students to learn the importance of accepting boundaries gracefully. Consent isn't consent if no isn't an option.

Please know you have our complete support in guiding your students as you see fit.

On Wed, Jan 31, 2024 at 8:35 AM Jacob Wittkopp <Jacob.Wittkopp@lcuniversity.edu> wrote:

> Dr. Levert,
>
> Thank you for reaching out. As per Ashton's request, I have not discussed these circumstances with any of her peer group. I can see how their desire for context has led them to disregard personal space. With your permission, I can simply inform them that they need to cease contact until she is ready to reach out—if or whenever she decides to do so. I will see most of the aforementioned parties later today.
>
> This is somewhat unfamiliar territory, as I've not dealt with anything of this magnitude beyond the hypothetical in 17 years of teaching. Beyond your and Ashton's communications, I have not to-date been formally included in the matter. Thus, I don't know what help I can offer, other than to address her peers as mentioned above.
>
> I hold the utmost respect for Ashton and your family in how you have supported one another through this. You are correct, no one is entitled to an know anything unless they are required to be involved in the process. I will help secure your privacy and boundaries. Please do not hesitate to reach out again if this persists.
>
> Respectfully,
>
> **Jacob H. Wittkopp**, DMA Candidate
> Department of Fine Arts Coordinator
> Assistant Professor of Music
> Director of Choirs
> Louisiana Christian University
> (318) 487-7404
> _____
>
> **From:** Tasha Levert <tashalevert@gmail.com>

**Sent:** Wednesday, January 31, 2024 8:07 AM
**To:** Jacob Wittkopp <Jacob.Wittkopp@lcuniversity.edu>
**Cc:** Timmy Levert <tlevert@gmail.com>
**Subject:** Request for Support and Respect During a Challenging Time

> You don't often get email from tashalevert@gmail.com. Learn why this is important

> **CYBERSECURITY WARNING: This email was sent from outside of LCUniversity.**
>
> **DO NOT** click on links, open attachments, reply or share confidential information including passwords unless you know the sender. Please report any suspicious emails to the IT Department at itdept@lcuniversity.edu.

Dear Dr. Wittkopp,

I hope this email finds you well. I am writing to you on behalf of my daughter, Ashton, and our family, seeking your assistance during a difficult period.

Ashton has confided in you about her decision to leave LCU, citing three main concerns: Michael's inappropriate behavior, toxic friendships, and a lack of proper response to assault within the school community.

In recounting her experiences, Ashton has expressed how her interactions with Michael and her friends, though distinct, have both caused her significant emotional distress. She has chosen not to engage with her friends since Sunday, as she grapples with the pain caused by their actions. While we are supporting Ashton through this process, she does not want to address her friends directly about the hurt they have caused.

As parents, we have worked to help Ashton recognize the abusive nature of Michael's behavior and the harmful dynamics within her social circle. At this juncture, we kindly request your intervention in asking Ashton's friends to respect her boundaries.

The text messages from Ashton's friends have transitioned from expressions of concern to inquiries tinged with disappointment, entitlement, and now accusation. This shift in tone only exacerbates Ashton's pain.

As we navigate this situation, our expectations for those who consider themselves Ashton's friends are:

**Respect for Boundaries:** No means no, and Ashton should not feel compelled to justify her decisions to her friends. Genuine friendship entails respecting her choices and offering support without conditions or expectations.

**Confidentiality and Respect:** Gossip and judgment have no place in authentic friendships. The recent communication from individuals outside Ashton's immediate circle underscores the importance of discretion and respect for privacy.

**Kindness and Empathy:** Friendship is built on a foundation of mutual respect and kindness. It is imperative that Ashton's friends refrain from engaging in hurtful behavior, particularly when their desires are not met.

**Authentic Prayer Support:** Friends don't use hyper-spiritual language to manipulate situations or pressure others. If you say you're going to pray for her, then pray.

We are asking Cheyanne, Amelie, Austin, Tori, and Sarah to honor Ashton's boundaries. Their actions thus far have highlighted a concerning lack of empathy and understanding. Rather than adding to Ashton's distress, we are asking them and anyone else from LCU to demonstrate compassion and respect for her wishes.

We are also deeply concerned by the behavior of Austin and Tori, who have extended their intrusive actions beyond Ashton to involve her sister, Zoe, and brother-in-law, Ryan Turner. Messages directed at them have escalated from inquiries about Ashton's well-being to unjustified demands and attempts at manipulation saying, "Ryan, you just need to be a man!" Additionally, Tori and Austin have involved Ryan's sister-in-law, Sophie, in their efforts to gain information. Dr. Wittkopp, it is crucial that we emphasize: **our family is not engaging in discussions, and this harassment must end immediately.**

Our family takes Jesus' words to love God and love people very seriously. We have been loved by Jesus when we didn't deserve it, and so we are compelled to love others when they don't deserve it. Our family is committed to handling this situation with grace and integrity, refraining from disparaging remarks about individuals or the institution involved. In return, we ask that Ashton be afforded the same level of courtesy and respect.

Thank you for your attention to this matter. Your support in facilitating a positive but firm resolution would be appreciated greatly.

Warm regards,
Tasha Levert

--
**Tasha Levert, PhD, LPC**
Executive Director of Broom Tree Counseling
www.broomtreecounseling.com
www.tashalevert.com
504-265-3125



CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the sender and intended recipient(s) and may contain confidential information protected by HIPAA (Health Insurance Portability and Accountability Act of 1996, PUBLIC LAW 104-191). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by via email and destroy all copies of the original message. Please note that email is not necessarily confidential or secure. Your use of email constitutes your acknowledgment of these confidentiality and security limitations.

--
**Tasha Levert, PhD, LPC**
Executive Director of Broom Tree Counseling
www.broomtreecounseling.com
www.tashalevert.com
504-265-3125



CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the sender and intended recipient(s) and may contain confidential information protected by HIPAA (Health Insurance Portability and Accountability Act of 1996, PUBLIC LAW 104-191). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by via email and destroy all copies of the original message. Please note that email is not necessarily confidential or secure. Your use of email constitutes your acknowledgment of these confidentiality and security limitations.