UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
<u>ALEXANDRIA</u> DIVISION

Ashton Levert

Plaintiff

VS.

Louisiana Christian University

Defendant

Civil Action No. 1:25-cv-00020

Judge Edwards

Magistrate Judge LeBlanc

### NOTICE OF MANUAL ATTACHMENT

ATTACHMENTS TO: Initial Complaint

DESCRIPTION: audio exhibit E as referenced in Exhibit Index

FILED BY: Jovontee Curlee, Esq.

FILE DATE: 1/13/2025

********************************** **NOTICE**********************************

The attached document is an *original* manual attachment that could not be converted into PDF and uploaded to CM/ECF. A PDF version of this notice should accompany the related e-filing as an attachment.

**INSTRUCTIONS FOR FILER:**
The <u>original manual attachment</u> must be delivered to the divisional <u>Clerk's Office</u> of the presiding judge. Chambers personnel may obtain the manual attachment from the Clerk's Office.[1] The manual attachment will be maintained at this location until expiration of appeal delays.

**Attachment sent to** <u>ALEXANDRIA</u> **DIVISION.**

**Prepared by:** Jovontee Curlee

---

[1] **Chambers Personnel:** When finished reviewing the manual attachment, please return to the Clerk's Office.